UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

MORAYA INVESTMENTS, LLC,

        Defendant.

Case No. 19-cv-06628-KAW

**ORDER TO SHOW CAUSE**

On May 4, 2022, the Court granted in part and denied in part Plaintiff's motion for attorney's fees, and ordered Plaintiff to file a dismissal or joint status report within 30 days. (Dkt. No. 54 at 11.) To date, Plaintiff has not filed the dismissal or joint status report. Accordingly, the Court ORDERS Plaintiff to show cause, by **June 22, 2022**, why this case should not be dismissed for failure to comply with the Court's order by: (1) filing a dismissal or joint status report, and (2) explaining why Plaintiff failed to comply with the Court's order.[1]

IT IS SO ORDERED. Dated:

June 15, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The Court notes that it has recently had to issue orders to show cause for failure to comply with deadlines in multiple cases brought by Plaintiff's counsel. (*See* 18-cv-1132-YGR, *Johnson v. RK Investment Properties*, Dkt. No. 51; 21-cv-8678-KAW, *Whitaker v. Guitron*, Dkt. No. 9.)